# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br>a Washington corporation,<br><br>        Plaintiff,<br><br>v.<br><br>PREMIERE PC's, a North Carolina Corporation; and JAMES T. LINEBERRY, an individual,<br><br>        Defendants. | Case No. 1:09-cv-813 |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITITES WITH A DIRECT FINANCIAL INTEREST IN UNDERLYING LITIGATION**

<u>MICROSOFT CORPORATION</u>, which is the <u>Plaintiff</u>, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    (X) Yes          ( ) No

2. Does party have any parent corporations?

    ( ) Yes          ( X ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes          ( X ) No

    If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes     (X) No

Respectfully submitted,

 /s/ C. Scott Meyers
Alex J. Hagan
N.C. State Bar No. 19037
Ellis & Winters LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7016
Facsimile: (919) 865-7010
Alex.hagan@elliswinters.com

C. Scott Meyers
N.C. State Bar No. 30651
Ellis & Winters, LLP
333 N. Greene Street, Suite 200
Greensboro, NC 27401
T: (336) 217-4193
F: (336) 217-4198
Scott.meyers@elliswinters.com

*Counsel for Microsoft Corporation*